# United States Bankruptcy Court
## Central District of California

In re  **SK Vision, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Greg Kurodglanyan<br>3608 Angelus Ave<br>Glendale, CA 91208 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 27, 2016**

Signature

Greg Kurdoglanyan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

| In re | **SK Vision, LLC** | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Greg Kurdoglanyan**, declare under penalty of perjury that I am the **President** of **SK Vision, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Greg Kurdoglanyan**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Greg Kurdoglanyan**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Greg Kurdoglanyan**, **President** of this Corporation is authorized and directed to employ **Aurora Talavera**, attorney and the law firm of **Allied Legal Group, Inc.** to represent the corporation in such bankruptcy case."

Date **December 27, 2016**          Signed _____
                                            **Greg Kurdoglanyan**

Resolution of Board of Directors
of
**SK Vision, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Greg Kurdoglanyan, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Greg Kurdoglanyan, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Greg Kurdoglanyan, President** of this Corporation is authorized and directed to employ **Aurora Talavera**, attorney and the law firm of **Allied Legal Group, Inc.** to represent the corporation in such bankruptcy case.

Date  **December 27, 2016**

Signed

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Aurora Talavera**<br>**355 S Grand Avenue**<br>**Ste 2450**<br>**Los Angeles, CA 90071**<br>**(213)943-1385 Fax: (213)596-3737**<br>California State Bar Number:<br>**Admin@AlliedLegalGroup.com** | |

■ Attorney for:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **SK Vision, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,     **Aurora Talavera**                                    , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

         ☐ I am the president or other officer or an authorized agent of the Debtor corporation

         ☐ I am a party to an adversary proceeding

         ☐ I am a party to a contested matter

         ☐ I am the attorney for the Debtor corporation

2.a.      ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

         *[For additional names, attach an addendum to this form.]*

    b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **December 27, 2016** | By:   **/s/ Aurora Talavera** |
| Date |        Signature of Debtor, or attorney for Debtor |
| | |
| | Name:    **Aurora Talavera** |
| |        Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1007-4.CORP.OWNERSHIP.STMT**

December 2012

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Debtor: SK Vision, LLC**
**Filed on: 11/05/2016**
**Case number: 2:16-BK-24679**
**Judicial district: Central District of California**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____**Los Angeles**_____ , California.

Date: _____**December 27, 2016**_____

Greg Kurdoglanyan
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

Debtor name      **SK Vision, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................    $    **1,680,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...............................................................................................    $    **2,604,800.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................    $    **4,284,800.00**

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **2,295,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **1,065,430.00**

4.    **Total liabilities** .......................................................................................................................    $    **3,360,430.00**
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  **SK Vision, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | JP Morgan Chase Bank, N.A. | Checking | 6130 | $3,300.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**          $3,300.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Residential Lease Security Deposit**
7.1.  **Property located at 2307 Mira Vista, #106, Montrose, CA 91020**          $1,500.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**          $1,500.00
Add lines 7 through 8. Copy the total to line 81.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **SK Vision, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

### Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

### Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

---

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **SK Vision, LLC**                                                  Case number *(If known)* _____
     Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Single Family Home with 4 Bedrooms and 5 Baths situated in 4018 sq ft of land Property Located at 4343 Vista Place, La Canada Flintridge, CA 91011** | Owner | $1,100,000.00 | Appraisal | $1,100,000.00 |
| 55.2. | **Property Located at 2307 Mira Vista Ave, # 106, Montrose, CA 91020** | Owner | $580,000.00 | Appraisal/Zillow | $580,000.00 |

56.   **Total of Part 9.**                                                                                    | $1,680,000.00 |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                               **Current value of debtor's interest**

71.   **Notes receivable**
    Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **SK Vision, LLC**                                       Case number *(if known)* _____
          Name

| Judgment Creditor SK Vision, LLC v. Angeleno | |
| Builders, LLC | |
| Los Angeles Superior Court (Filed 01/23/2008) | |
| Case Number ECO046379 (uncollected) | $2,600,000.00 |
| Nature of claim | Fraud, Quiet Title etc. |
| Amount requested | $2,600,000.00 |

75.    Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims

       **See above**                                                              $0.00

       Nature of claim    _____
       Amount requested                    $0.00

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                          | $2,600,000.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **SK Vision, LLC**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form
Type of property | Current value of personal property | Current value of real property

80. **Cash, cash equivalents, and financial assets.**
    *Copy line 5, Part 1* — **$3,300.00**

81. **Deposits and prepayments.** *Copy line 9, Part 2.* — **$1,500.00**

82. **Accounts receivable.** *Copy line 12, Part 3.* — **$0.00**

83. **Investments.** *Copy line 17, Part 4.* — **$0.00**

84. **Inventory.** *Copy line 23, Part 5.* — **$0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* — **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.* — **$0.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* — **$0.00**

88. **Real property.** *Copy line 56, Part 9*.....................................................................................> **$1,680,000.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* — **$0.00**

90. **All other assets.** *Copy line 78, Part 11.* + **$2,600,000.00**

91. **Total.** Add lines 80 through 90 for each column — **$2,604,800.00** + 91b. **$1,680,000.00**

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 — **$4,284,800.00**

Fill in this information to identify the case:

Debtor name    **SK Vision, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **Caliber Home Loans, Inc.**<br>Creditor's Name<br><br>**13801 Wireless Way**<br>**Oklahoma City, OK 73134**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2006**<br>**Last 4 digits of account number**<br>**7564**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Caliber Home Loans, Inc.**<br>**2. Grandland International, Inc.** | **Describe debtor's property that is subject to a lien**<br>**Single Family Home with 4 Bedrooms and 5 Baths situated in 4018 sq ft of land Property Located at 4343 Vista Place, La Canada Flintridge, CA 91011**<br><br>**Describe the lien**<br>**First Mortgage by foreclosed former owner**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $1,750,000.00 | $1,100,000.00 |
| **2.2**   **Grandland International, Inc.**<br>Creditor's Name<br><br>**2301 Lee Ave**<br>**South El Monte, CA 91733**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Single Family Home with 4 Bedrooms and 5 Baths situated in 4018 sq ft of land Property Located at 4343 Vista Place, La Canada Flintridge, CA 91011**<br><br>**Describe the lien**<br>**Second deed of trust of foreclosed owner**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $200,000.00 | $1,100,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **SK Vision, LLC**
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ■ Unliquidated<br>☐ Disputed |

---

| 2.3 | **WTA Corporation**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Property Located at 2307 Mira Vista Ave, # 106, Montrose, CA 91020** | $345,000.00 | $580,000.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's mailing address | Describe the lien<br>**Investment Loan**<br>Is the creditor an insider or related party? | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | |
| Date debt was incurred | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Last 4 digits of account number | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated<br>☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$2,295,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lender's Foreclosure Services**<br>PO Box 92086<br>City of Industry, CA 91715 | Line **2.2** | 6838 |
| **Summit Management Company, LLC**<br>16745 W Bernardo Dr<br>Suite 100<br>San Diego, CA 92127 | Line **2.1** | 51CS |

---

Fill in this information to identify the case:

Debtor name   **SK Vision, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

  1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ■ No. Go to Part 2.

      ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**
  3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AHCOF International Dev Co.**<br>**3833 Paseo Hidalgo St**<br>**Malibu, CA 90265**<br><br>Date(s) debt was incurred **2009-2010**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$78,200.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Arsine Markarian**<br>**10526 Commerce Ave**<br>**Tujunga, CA 91042**<br><br>Date(s) debt was incurred **2015**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$3,000.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Arutyum Kostikyan**<br>**1673 Santa Maria Ave**<br>**Glendale, CA 91208**<br><br>Date(s) debt was incurred **2006**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$63,000.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Avetis Boltayan**<br>**822 E Olive Ave**<br>**Burbank, CA 91501**<br><br>Date(s) debt was incurred **2008-2015**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | | **$76,000.00** |

| Debtor | **SK Vision, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135,450.00** |
| | **Cole Group, Inc.** | ☐ Contingent | |
| | **3157 N Raindbow Blvd # 442** | ■ Unliquidated | |
| | **Las Vegas, NV 89108** | ☐ Disputed | |
| | Date(s) debt was incurred **2010-2015** | Basis for the claim: **Professional Services - Consulting** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
| | **Eugene Alkana, Esq** | ☐ Contingent | |
| | **131 North El Malino Ave #310** | ■ Unliquidated | |
| | **Pasadena, CA 91101** | ☐ Disputed | |
| | Date(s) debt was incurred **2008-2015** | Basis for the claim: **Professional Services (Attorney Fees)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,400.00** |
| | **First Eagle Realty, Inc.** | ☐ Contingent | |
| | **200 North Maryland Ave #200** | ■ Unliquidated | |
| | **Glendale, CA 91206** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124,300.00** |
| | **Get Smart, Inc.** | ☐ Contingent | |
| | **4080 Paradise Rd** | ■ Unliquidated | |
| | **Suite 15-133** | ☐ Disputed | |
| | **Las Vegas, NV 89169** | | |
| | Date(s) debt was incurred **2012-2016** | Basis for the claim: **Consulting Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215,680.00** |
| | **REVV Business Solutions, Inc.** | ☐ Contingent | |
| | **2831 Saint Rose Pkwy** | ■ Unliquidated | |
| | **Suite 274** | ☐ Disputed | |
| | **Henderson, NV 89052** | | |
| | Date(s) debt was incurred **2008-2015** | Basis for the claim: **Software Development Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98,000.00** |
| | **Summit Data Technology Services Inc** | | |
| | **Unit 2603 West Gate Plaza Condomini** | ☐ Contingent | |
| | **120 HV Dela Costa St** | ■ Unliquidated | |
| | **Salcedo Village Makati City** | ☐ Disputed | |
| | **PHILIPPINES** | | |
| | Date(s) debt was incurred **2009-2014** | Basis for the claim: **Software Development Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198,400.00** |
| | **Vocus Communications Tech, Inc.** | | |
| | **166 Gen. Aguinaldo** | ☐ Contingent | |
| | **Maitim 2nd Street** | ■ Unliquidated | |
| | **Tagaytay City** | ☐ Disputed | |
| | **PHILIPPINES** | | |
| | Date(s) debt was incurred **2008-2015** | Basis for the claim: **Business Support Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **SK Vision, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,065,430.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,065,430.00 |

Fill in this information to identify the case:

Debtor name **SK Vision, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease Contract Monthly lease payment $2,300** | |
|---|---|---|---|
| | State the term remaining | **1 year lease through 01/01/2018** | **Alice Kechichian (Tenant) 2307 Mira Vista Ave # 106 Glendale, CA 91210** |
| | List the contract number of any government contract | **N/A** | |

Fill in this information to identify the case:

Debtor name     **SK Vision, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **SK Vision, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 27, 2016**    X _____
                                          Signature of individual signing on behalf of debtor

**Greg Kurdoglanyan**
Printed name

**President**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name   **SK Vision, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2016** to **Filing Date** | ☐ Operating a business  ■ Other **Rent (Montrose Condo)** | **$2,300.00** |
   | **For prior year:** From  **1/01/2015** to **12/31/2015** | ☐ Operating a business  ■ Other **Enforcing judgment** | **$0.00** |
   | **For year before that:** From  **1/01/2014** to **12/31/2014** | ☐ Operating a business  ■ Other **Enforcing judgment -Case Number ECO46379-LASC SK Vision v. Angeleno Builders, LLC** | **$25,600.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Debtor   **SK Vision, LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Creditor XYZ** | 08/26/2016 09/20/2016 10/12/2016 | $30,000.00 | ■ Secured debt □ Unsecured loan repayments □ Suppliers or vendors □ Services □ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white">**Part 3:    Legal Actions or Assignments**</div>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   □ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Motion for Relief of Stay 2:15-bk-22765NB** | Areg Baghdassarian BK | **US Bankruptcy Court 255 East Temple St Los Angeles, CA 90012** | □ Pending □ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<div style="background:black;color:white">**Part 4:    Certain Gifts and Charitable Contributions**</div>

Debtor   **SK Vision, LLC** _____   Case number (if known) _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

◼ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

◼ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Allied Legal Group, Inc.<br>355 S Grand Ave<br>Suite 2450-04<br>Los Angeles, CA 90071 | | 12/23/2016 | $2,000.00 |

Email or website address
**Admin@AlliedLegalGroup.com**

Who made the payment, if not debtor?
**G. Kurdoglanyan for SK Vision, LLC**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

◼ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

◼ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

Debtor  **SK Vision, LLC** _____    Case number *(if known)* _____

---

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.


■ Does not apply

    **Address**                                                                    **Dates of occupancy**
                                                                      **From-To**

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

    **Facility name and address**          **Nature of the business operation, including type of services**          **If debtor provides meals**
                                      **the debtor provides**                                                  **and housing, number of**
                                                                                     **patients in debtor's care**

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Do you still have it?** |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **SK Vision, LLC**                                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number** Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **SK Vision, LLC**                                                          Case number *(if known)*

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Greg Kurdoglanyan (President) 3608 Angelus Ave Glendale, CA 91208** | **2005 up to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Artin Krikorian Business Accounting Systems 606 S Hill St # 1005 Los Angeles, CA 90014** | **2010 up to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Greg Kurdoglanyan 3608 Angelus Ave Glendale, CA 91208** | **2005 up to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greg Kurdoglanyan | 3608 Angelus Ave Glendale, CA 91208 | President | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **SK Vision, LLC** _____    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 27, 2016**

_____                          **Greg Kurdoglanyan**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **SK Vision, LLC**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,000.00 |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 27, 2016**

*Date*

*Aurora Talavera*

**Aurora Talavera**
*Signature of Attorney*
**Allied Legal Group, Inc.**
**355 S Grand Avenue**
**Ste 2450**
**Los Angeles, CA 90071**
**(213)943-1385  Fax: (213)596-3737**
**Admin@AlliedLegalGroup.com**
*Name of law firm*