NATHAN F. SMITH, # 264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
E-mail: nathan@mclaw.org

Attorneys for Caliber Home Loans, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SK VISION LLC,<br><br>         Debtor. | Bankruptcy Case No. 2:16-bk-26820-RK<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR SETTING PROPERTY VALUE**<br><br><u>Hearing Date:</u><br>**Date:** April 19, 2017<br>**Time:** 11:00 AM<br>**Place:** 255 E. Temple St.<br>           Los Angeles, CA 90012<br>           Courtroom 1675<br><br><u>Requested Continued Hearing Date:</u><br>**Date:** May 24, 2017<br>**Time:** 11:00 AM<br>**Place:** 255 E. Temple St.<br>           Los Angeles, CA 90012<br>           Courtroom 1675 |

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR AND DEBTOR'S COUNSEL:**

This stipulation, by and between, Caliber Home Loans, Inc., servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Caliber") through its counsel of record therein, MALCOLM ♦ CISNEROS, and SK Vision LLC ("Debtor"), through its counsel of record, Aurora Talavera of Allied Legal Group Inc, is based upon the following:

Stipulation                                            -1-

On February 23, 2017, Debtor filed its motion for setting property value and to stay post petition payments with respect to 4343 Vista Place, La Canada Flintridge, California 91011 as docket entry number 34 ("Motion"). The hearing for Debtor's Motion is currently set for March 22, 2017 at 11:00 AM before the Honorable Judge Robert N. Kwan at 255 E. Temple St., Los Angeles, CA 90012 in Courtroom 1675.

Presently, Caliber and Debtor are in the process of negotiating resolution of the Motion. Thus, the parties have agreed to continue the hearing to May 24, 2017, or as soon thereafter as the Court may order, in order to afford Caliber additional time to complete its appraisal report and to see if a resolution of the Motion can be worked out.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that the hearing on the Motion originally set for April 19, 2017 at 11:00 AM shall be continued to **May 24, 2017 at 11:00 AM**, or as soon thereafter as the Court may order.

※ This Stipulation is only Between Caliber and Debtor. Debtor is ready to move forward with its motion against Garland International, Inc.

Dated: _____, 2017    _____
Nathan F. Smith, #264635
Attorney for Caliber Home Loans, Inc.

Dated: __4/17_____, 2017    _____
Aurora Talavera, #159778
Attorney for Debtor

On February 23, 2017, Debtor filed its motion for setting property value and to stay post petition payments with respect to 4343 Vista Place, La Canada Flintridge, California 91011 as docket entry number 34 ("Motion"). The hearing for Debtor's Motion is currently set for March 22, 2017 at 11:00 AM before the Honorable Judge Robert N. Kwan at 255 E. Temple St., Los Angeles, CA 90012 in Courtroom 1675.

Presently, Caliber and Debtor are in the process of negotiating resolution of the Motion. Thus, the parties have agreed to continue the hearing to May 24, 2017, or as soon thereafter as the Court may order, in order to afford Caliber additional time to complete its appraisal report and to see if a resolution of the Motion can be worked out.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that the hearing on the Motion originally set for April 19, 2017 at 11:00 AM shall be continued to **May 24, 2017 at 11:00 AM**, or as soon thereafter as the Court may order.

This Stipulation is only Between Caliber and Debtor. Debtor is ready to move forward with its motion against Garland International, Inc.

Dated: 4/18, 2017

_____
Nathan F. Smith, #264635
Attorney for Caliber Home Loans, Inc.

Dated: _____, 2017

_____
Aurora Talavera, #159778
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**MALCOLM & CISNEROS, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine CA 92612**

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR SETTING PROPERTY VALUE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 18, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Julian K Bach: Julian@Jbachlaw.com, julianbach@sbcglobal.net

Vahe Khojayan: vahe@lawyer.com

Kenneth G Lau: kenneth.g.lau@usdoj.gov

Melanie Scott: melanie.scott@usdoj.gov

Aurora Talavera: admin@alliedlegalgroup.com

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **April 18, 2017** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: SK Vision LLC, 3608 Angelus Ave, Glendale, CA 91208**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 18, 2017 | Allen Sifuentes | *(signed)* |
|---|---|---|
| Date | Type Name | Signature |